**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDRE FLETCHER,** | **Case No. 2:21-cv-02509-JDW** |
| *Plaintiff,* | |
| v. | |
| **INFRAMARK, LLC,** | |
| *Defendant.* | |

## <u>ORDER</u>

**AND NOW**, this 9th day of March, 2022, upon consideration of Plaintiff's letter regarding a request for extension of discovery deadlines, it is **ORDERED** that Defendant shall respond to Plaintiff's Second Set of Interrogatories on or before March 28, 2022.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.