IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRE FLETCHER,** *Plaintiff,* v. **INFRAMARK, LLC,** *Defendant.* | Case No. 2:21-cv-02509-JDW |

### ORDER

**AND NOW**, this 29th day of July, 2022, upon consideration of Defendant Inframark's Motion For Summary Judgment (ECF No. 25), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. Judgment is **ENTERED** in favor of Defendant Inframark, LLC and against Plaintiff Andre Fletcher. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge